UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE: Michael A. Farinacci

CASE NO: 12-15016-aih

JUDGE ARTHUR I. HARRIS

(Insert Name(s) of Debtor(s))

Address 6897 Wildwood Trail

Mayfield Village, OH 44143

Last 4 digits of SSN and/or EIN: xxx-xx-0532

Debtor(s).

CHAPTER 13

**Statement Under Penalty of Perjury Concerning Payment Advices Due Pursuant to 11 U.S.C. §521(a)(1)(B)(iv)**

I *, Michael A. Farinacci (Debtor's Name), state as follows:
I did not file with the Court copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

___ a) I was not employed during the period immediately preceding the filing of the above-referenced case _____ (state the dates that you were not employed);

___ b) I was employed during the period immediately preceding the filing of the above-referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

_X_ c) I am self-employed and do not receive any evidence of payment from an employer;

_X_ d) Other (Please Explain) I am a self-employed sales representative for CLA Medical, Inc. treated as an independent contractor, and I also receive social security income in the amount of $1,600 per month.

I declare under penalty of perjury that the foregoing statement is true and correct.

Dated this 2nd day of July, 2012.

/s/Michael A. Farinacci (Signature of Debtor)
Debtor, Michael A. Farinacci

*A separate form must be filed by each Debtor